UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**Chris Langer**,

    Plaintiff,

    v.

**Pacific-Walnut Center Partnership**, a California General Partnership; **Shahram Sean Bral**; and Does 1-10,

    Defendants.

Case: CV 18-4856-GW-PJWx

DEFAULT JUDGMENT

Following the Court's ruling on July 8, 2019, the Court grants JUDGMENT in favor of plaintiff Chris Langer and against defendants Pacific-Walnut Center Partnership, a California General Partnership and Shahram Sean Bral in the amount of $4000 in statutory damages, $2365.00 in attorneys' fees, and $660 in costs –totaling $7025.00.

Additionally, defendants Pacific-Walnut Center Partnership, a California General Partnership and Shahram Sean Bral are ordered to provide compliant van-accessible parking space, and sufficient accessible parking spaces on the site located at 790 E. 12th Street, Los Angeles,

California, in compliance with the Americans with Disabilities Act Accessibility Guidelines.

//


Dated: July 18, 2019  By:_____
                           Hon.  GEORGE H. WU
                           United States District Judge



*Presented by*:
Dennis Price, Esq.
858-375-7385
dennisp@potterhandy.com
Attorney for Plaintiff